**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

TRAX RECORDS, LTD,
          Plaintiff,

Versus

YE fka KANYE WEST, et al.,
          Defendants.

Civil Action No. 22-4641

Section: L (5)

Judge: Fallon

Magistrate Judge: North

**ORDER**

Considering Plaintiff's Motion for Voluntary Dismissal with Prejudice of Defendant Kano Computing Limited ("Kano") only, R. Doc. 69;

**IT IS ORDERED** that the Motion is **GRANTED** to the extend that that Plaintiff's claims raised in the above-captioned action against Kano are hereby **DISMISSED WITH PREJUDICE**, expressly reserving to Plaintiff all rights to proceed against all remaining defendants. Should Kano intend to seek attorneys' fees and/or costs in this matter, it is directed to file a separate motion.

**IT IS FURTHER ORDERED** that Kano's Motion for Summary Judgment, R. Doc. 60, Plaintiff's Motion for Continuance of Submission Date, R. Doc. 66, and Plaintiff's Motion to Expedite, R. Doc. 70, are hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 3rd day of June, 2026.

UNITED STATES DISTRICT JUDGE