**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TRAX RECORDS, LTD** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 22-4641** |
| **YE, ET AL.** | * | **SECTION L (5)** |

## ORDER

Considering the Consent Motion to Set Aside Defaults, R. Doc. 86;

**IT IS ORDERED** that the Motion is **GRANTED** and that the entries of default against Defendant Donda Media, Inc., R. Doc. 39, and Defendant Ye, R. Doc. 78, are hereby **SET ASIDE**.

**IT IS FURTHER ORDERED** that the pending Motion for Default Judgment, R. Doc. 79, and Motion to Set Aside Default, R. Doc. 80, are hereby **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendants shall respond to Plaintiff's Complaint no later than twenty-one days from the entry of this order.

New Orleans, Louisiana, this 6th day of July, 2026.

_____
United States District Judge